UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:     In Bankruptcy

**William J. Mallette,**     Chapter 7
Case No.14-42037-pjs
Hon. Phillip J. Shefferly

Debtor(s).
_____/

## TRUSTEE'S APPLICATION FOR ORDER
## AUTHORIZING EMPLOYMENT OF COUNSEL

Timothy J. Miller, the duly appointed Trustee in this matter, states for his Application for Order Authorizing Employment of Counsel as follows:

1. The Debtor filed bankruptcy on February 13, 2014.

2. The Trustee has determined that it is necessary to employ an attorney in this matter. The Trustee has consulted with the law firm of Schneider Miller, P.C. for the purpose of employment as counsel for the following reasons:

    - to investigate Debtors' financial accounts; and
    - to investigate and analyze debtors' claims of exemptions;
    – to investigate potential Chapter 5 claims;
    – to investigate potentially avoidable transfers;
    – and any other services that are determined necessary to assist the Trustee in the administration of the estate.

3. In accordance with 11 U.S.C. §327, neither Anthony J. Miller or any other member of Schneider Miller, P.C. holds nor represents any interest adverse to the estate and are disinterested persons within the meaning of the Bankruptcy Code.

4. The reason for selecting Schneider Miller, P.C. is that they are familiar with bankruptcy and are authorized to practice in all courts of this state and jurisdiction and are qualified to handle matters likely to arise in the case.

5. The arrangement for compensation is that fees and expenses will be requested by proper application with the Court and, after Court Order authorizing payment, will be based upon prevailing hourly rates of Anthony J. Miller and the other professional employees of Schneider Miller, P.C. As of the date of this Application, Anthony J. Miller's hourly rate is $230.00 per hour.

6. To the best of Trustee's knowledge and to the best of Anthony J. Miller's knowledge, neither Anthony J. Miller nor the employees of Schneider Miller, P.C. have any connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, nor any person employed in the office of the United States Trustee.

**WHEREFORE**, the Trustee prays for entry of an order authorizing the employment of Schneider Miller, P.C. under the above terms.

Dated: May 29, 2014   */s/Timothy J. Miller*  
Timothy J. Miller, Trustee (P36951)  
64541 Van Dyke, Suite 101-B  
Washington, MI 48095  
(586) 281-3764  
tmiller@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **William J. Mallette,** | Chapter 7<br>Case No.14-42037-pjs<br>Hon. Phillip J. Shefferly |
| Debtor(s). _____/ | |

**AFFIDAVIT IN SUPPORT OF TRUSTEE'S
APPLICATION FOR ORDER AUTHORIZING
<u>EMPLOYMENT OF COUNSEL</u>**

Anthony J. Miller, a resident of Oakland County in the State of Michigan, being first duly sworn deposes and says as follows:

1. I and the other professional employees of Schneider Miller, P.C. are disinterested persons as defined by 11 U.S.C. § 101(14) in the above captioned matter. The term "disinterested person" means a person that:

   a. is not a creditor, an equity security holder or an insider;

   b. is not and was not, within two years before the date of the filing of the petition, a director, officer or employee of the Debtors; and

   c. does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct relationship to, connection with, or interest in, the Debtors, or for any other reason.

2. Neither I nor any member of my firm hold nor represent an interest adverse to the estate.

3. Other than previously stated, neither I nor any member of my firm have any connection with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

DATED: May 29, 2014

/s/Anthony J. Miller
ANTHONY J. MILLER (P71505)
Attorney for the Trustee
Law Offices of Schneider Miller, P.C.
645 Griswold, Ste. 3900
Detroit, MI 48226
amiller@schneidermiller.com

Subscribed and sworn to before me
this 29th day of May, 2014.
/s/Sojourner Love
Sojourner Love, Notary Public
Macomb County, Michigan
My Commission Expires: 4/7/2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                                            In Bankruptcy

**William J. Mallette,**                               Chapter 7
                                                                 Case No.14-42037-pjs
                                                                   Hon. Phillip J. Shefferly

            Debtor(s).
_____/

## ORDER AUTHORIZING TRUSTEE
## TO EMPLOY COUNSEL

      The Trustee, Timothy J. Miller, having filed an Application for Order Authorizing Employment of Counsel, and it appearing that the assistance of legal counsel is necessary and that no adverse interest is present, and the Court being otherwise duly advised,

      **IT IS HEREBY ORDERED** that the Trustee is authorized to employ Schneider Miller, P.C. as his counsel in accordance with the terms of the Trustee's Application. All fees and expenses sought by Schneider Miller, P.C., as counsel for the Trustee, are subject to and conditioned upon court approval.