UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **William J. Mallette,** | Chapter 7<br>Case No.14-42037-pjs<br>Hon. Phillip J. Shefferly |
| Debtor(s)._____/ | |

## ORDER AUTHORIZING TRUSTEE
## TO EMPLOY COUNSEL

The Trustee, Timothy J. Miller, having filed an Application for Order Authorizing Employment of Counsel, and it appearing that the assistance of legal counsel is necessary and that no adverse interest is present, and the Court being otherwise duly advised,

**IT IS HEREBY ORDERED** that the Trustee is authorized to employ Schneider Miller, P.C. as his counsel in accordance with the terms of the Trustee's Application. All fees and expenses sought by Schneider Miller, P.C., as counsel for the Trustee, are subject to and conditioned upon court approval.

Signed on May 30, 2014

                                                  /s/ Phillip J. Shefferly
                                                  Phillip J. Shefferly
                                                  United States Bankruptcy Judge